Matter of New York City Asbestos Litig. (2023 NY Slip Op 00946)

Matter of New York City Asbestos Litig.

2023 NY Slip Op 00946

Decided on February 21, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 21, 2023

Before: Kapnick, J.P., Oing, Kennedy, Pitt-Burke, JJ. 

Index No. 190190/19 Appeal No. 17378 Case No. 2022-02391 

[*1]In re New York City Asbestos Litigation.
Frederick Cutrone, Plaintiff-Respondent,
Aerco International, Inc., et al., Defendants, Dykes Lumber Company, Inc., Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Adam Silvera, J.), entered on or about January 18, 2022,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated February 06, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: February 21, 2023